J. W. Cammack, Atty. Gen. (Dougles C. Vest, of counsel), for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $200 and 30 days in jail.

Appeal denied. Judgment affirmed.

## SMITH v. COMMONWEALTH, FOR USE AND BENEFIT OF CITY OF PRINCETON.
(Decided January 15, 1929.)

R. W. Lisanby for movant.

J. W. Cammack, Atty. Gen., and C. A. Pepper opposed.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied. Judgment affirmed.